UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
In re:                                                  :         Chapter 13

KARMAL BERNARD,              :

                                                  :         Case No. 17-44030 (CEC)

                        Debtor.      :
-------------------------------------------------------X

### ORDER PURSUANT TO BANKRUPTCY RULE 2004 DIRECTING (I) THE EXAMINATION OF DEBBIE ADENIYI AND (II) THE PRODUCTION OF DOCUMENTS

Upon the hearing held before this Court and the application (the "Application") of the United States Trustee, for an order (the "Order") compelling Debbie Adeniyi ("Adeniyi") to appear for an examination pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), directing an answer any and all questions relating to the acts, conduct or property or to the liabilities and financial condition of the Debtor's estate, or to any matter which may affect the administration of the Debtor's estate, or to the Debtor's right to a discharge, and to produce the documents set forth on Exhibit A to the Motion; and good and sufficient service of the Application having been given; and after due deliberation and sufficient cause appearing therefore, it is

ORDERED, that the Application is granted ***to the extent provided herein (CEC)***; and it is further

ORDERED, that pursuant to Bankruptcy Rule 2004, Adeniyi shall produce to the United States Trustee at his offices located at 201 Varick Street, Suite 1006, New York, New York 10014, before June 1, 2018 originals of the documents set forth on Exhibit B to the Application ***and hereto (CEC)*** for inspection, examination and copying, provided that

1

Adeniyi may assert any rights she has pursuant to applicable Federal Rules of Bankruptcy Procedure to object, to withhold production, to seek a protective order or to otherwise respond; and it is further

ORDERED, that pursuant to Bankruptcy Rule 2004, Adeniyi shall appear at the offices of the United States Trustee, 271 Cadman Plaza East, Suite 2579, Brooklyn, New York 11201 on June 4, 2018 at 10:00 a.m. (the "Adjourned Examination Date"), or such other date as may be mutually agreed to prior to the Examination Date, to answer any and all questions relating to the acts, conduct or property or to the liabilities or financial condition of the Debtor, or to any matter which may affect the administration of the Debtor's estate; and it is further

ORDERED, that if the Adjourned Examination Date is required to be rescheduled, Adeniyi shall appear at a new date (the "Rescheduled Examination Date") and time to be scheduled by the United States Trustee, after reasonable consultation with Adeniyi, to answer any and all questions relating to the acts, conduct or property or to the liabilities or financial condition of the Debtor, or to any matter which may affect the administration of the Debtor's estate; and it is further

ORDERED, that the examination will continue from day to day, excluding Saturdays, Sundays, and legal holidays, until completed; and it is further

ORDERED, that the United States Trustee may seek extension of these dates upon a further showing of cause; and it is further

ORDERED, that should Adeniyi fail to appear at the Adjourned Examination and produce documents, the Court shall impose sanctions against her until she complies with the terms of this order.



Dated: Brooklyn, New York  
May 30, 2018

_____  
**Carla E. Craig**  
**United States Bankruptcy Judge**